Dismissed and Memorandum Opinion filed September 24, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00706-CV

____________

 

DAVID HOWELL, Appellant

 

V.

 

METROPOLITAN TRANSIT AUTHORITY, Appellee

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-21947

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed June 30, 2009.  On September 18, 2009, the
parties filed a joint motion to dismiss the appeal.  See Tex. R.
App. P.
42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief
Justice Hedges and Justices Seymore and Sullivan.